CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 18 2021

JULIA D. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
NOVEMBER 2021 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:21-CR-46 |
| | ) | |
| v. | ) | |
| | ) | **SEALED INDICTMENT** |
| | ) | |
| ALLEN WRIGHT | ) | **In Violation of:** |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | |

## COUNT ONE

The Grand Jury charges:

1. That on or about December 2, 2019, the defendant, ALLEN WRIGHT, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, into the Western Judicial District of Virginia.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT TWO

The Grand Jury further charges:

1. That on or about December 2, 2019, at a time and place different from Count 1, the defendant, ALLEN WRIGHT, did knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, into the Western Judicial District of Virginia.

1

2.  All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL this  18  day of November, 2021.

s/Grand Jury Foreperson
FOREPERSON

for
_____
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY